wherein she recovered an absolute divorce against her husband. Whereas in the divorce action between the appellant and the respondent, the respondent was allowed sixty dollars per month for support money during the minority of the youngest child of the parties.

The order should be reversed and the motion should be granted.

Harris, J., concurs with Dowling, J.

GERTRUDE ADAMS, Respondent, v. EDWARD SURLOCK and EDWARD G. GARDNER, Appellants.— Judgment affirmed, with costs. All concur, except Crosby, P. J., who dissents and votes for reversal on the law and facts and for granting a new trial on the ground that the finding of freedom from contributory negligence is against the weight of the evidence and on the further ground that there was error in the court's ruling on the requests to charge. (The judgment is for plaintiff in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

HOWARD ADAMS, Respondent, v. EDWARD SURLOCK and EDWARD G. GARDNER, Appellants.— Judgment affirmed, with costs. All concur, except Crosby, P. J., who dissents and votes for reversal on the law and facts and for granting a new trial on the ground that the finding of freedom from contributory negligence is against the weight of the evidence and on the further ground that there was error in the court's ruling on the requests to charge. (The judgment is for plaintiff in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ELIZABETH G. ADAMS, an Infant, by HOWARD ADAMS, Her Guardian ad Litem, Respondent, v. EDWARD SURLOCK and EDWARD G. GARDNER, Appellants.— Judgment affirmed, with costs. All concur, except Crosby, P. J., who dissents and votes for reversal on the law and facts and for granting a new trial on the ground that the finding of freedom from contributory negligence is against the weight of the evidence and on the further ground that there was error in the court's ruling on the requests to charge. (The judgment is for plaintiff in an automobile negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

LUELLA ELLIS, as Administrator, etc., of ALBERT ELLIS, Deceased, Respondent, v. EARL W. WISE, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. All concur. (The judgment is for plaintiff in an action on a promissory note. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

KATHARINE E. DUFFY, Respondent, v. NEWMAN BROTHERS GRAIN COMPANY, Appellant.— Judgment affirmed, with costs. All concur, except Taylor, J., not voting. (The judgment is for plaintiff in an action by a mortgagee to recover insurance paid to owner.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH SCALLACI, Appellant, v. Dr. J. F. MCNEILL, Superintendent of the Institution for Male Defective Delinquents at Napanoch, New York, etc., Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of